AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Mariam Taha Thompson<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 02/19/2020 to Present in Iraq and, therefore, outside of the jurisdiction of any particular state or district of the United States, but within the extraterritorial jurisdiction of the United States and, pursuant to Title 18, U.S.C. § 3239, within the venue of the United States District Court for the District of Columbia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 793(e) | Unlawful Retention of National Defense Information |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Danielle Ray
*Printed name and title*

Sworn to before me and signed in my presence.

Date_____          _____
*Judges's signature*

City and state: Washington, DC          U.S. Magistrate Judge G. Michael Harvey
*Printed name and title*