AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 20-mj-00036 |
| | ) | Assigned To : Judge G. Michael Harvey |
| Mariam Taha Thompson | ) | Assign. Date : 2/26/2020 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| Defendant | | |

**FILED**
MAR 0 4 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) **Mariam Taha Thompson**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
See attached affidavit.

Date: 2/26/20

City and state: Washington, DC

*Issuing officer's signature*

Magistrate Judge G. Michael Harvey
*Printed name and title*

### Return

This warrant was received on (date) 3-4-2020, and the person was arrested on (date) 3-4-2020
at (city and state) Washington, DC.

Date: 3-4-2020

*Arresting officer's signature*

Jessica L. Moore, Special Agent
*Printed name and title*